[S. F. No. 10705. In Bank.—May 31, 1923.]

MATTHEW McKENNA, Petitioner, v. THE STATE IN-DUSTRIAL ACCIDENT COMMISSION et al., Re-spondents.

[1] Certiorari—Industrial Accident Commission—Lack of Juris-diction.—A writ of *certiorari* to review an order of the Indus-trial Accident Commission finding that petitioner had suffered no injury as a result of the alleged accident will be denied where petitioner claims that the commission was without jurisdiction be-cause the accident complained of comes within the admiralty juris-diction of the federal courts.

APPLICATION for a Writ of Certiorari to review an order of the Industrial Accident Commission. Writ denied.

The facts are stated in the opinion of the court.

Lincoln E. Savage for Petitioner.

THE COURT.—The petitioner, Matthew McKenna, was denied relief by the respondents under the workmen's com-pensation law (Stats. 1917, p. 831) because they found that petitioner had suffered no injury as a result of the alleged accident, and that the injury he complained of resulted from a previous accident.

[1] The petitioner claims that the respondent board was without jurisdiction because the accident complained of

comes within the admiralty jurisdiction of the federal courts. If this is true, the petitioner is not injured by the fact that the respondent board found against him. If they have jurisdiction he is concluded by their finding. Not having shown any injury by the order complained of petitioner is not entitled to a writ.

The petition for a writ of *certiorari* is denied.